IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ROBERTSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HARVARD MAINTENANCE INC., ET AL. | : | No. 23-1107 |

## ORDER

**AND NOW**, this 11th day of April, 2024, upon consideration of Defendants Harvard Maintenance Inc., Harvard Services Group Inc., and Harvard Shared Services LLC's Motion for Summary Judgment (Docket No. 41), to which no response has been filed, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants Harvard Services Group LLC and John Doe are **DISMISSED** as Defendants in this action, and the claims against them in Counts II-VI, are likewise **DISMISSED**.

2. The Motion for Summary Judgment is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants Harvard Maintenance Inc., Harvard Services Group Inc., and Harvard Shared Services LLC, and against Plaintiff on the claims against them in Counts II, III, and V.

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.